UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
-------------------------------------------------------------X

| | |
|---|---|
| NANCY FONTANA, | **STIPULATION AND ORDER** |
| | **OF DISMISSAL** |
| Plaintiff, | |
| | CASE No. 04-3025(JRT/FLN) |
| -against- | |
| | |
| IRON MOUNTAIN INFORMATION | |
| MANAGEMENT, INC. | |
| | |
| Defendant. | |

-------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is unconditionally dismissed with prejudice as against defendant, without costs and fees to either party as against the other.

Dated:   Jericho, New York
         March 15, 2005

_____          _____
Richard M. Howard, Esq. (RMH-2932)       Elizabeth Glidden, Esq. (#238387)
Kaufman, Schneider & Bianco LLP          Attorney for Plaintiff
Attorneys for Defendant                  250 Tall Madge Building
390 North Broadway                       1219 Marquette Avenue South
Jericho, New York 11753                  Minneapolis, MN 55403
(516) 681-1100                           (612) 871-5500

SO ORDERED:

_____
U.S.D.J.

AEdelman/IronMountain/Fontana/Stip-of-Dismissal.mh